THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>J&A TRUCKING LLC, a South Carolina limited liability company; and CARLOS JOSE POLANCO, an individual,<br><br>　　　　　　Defendants. | Case No. SACV 24-1690-GW-JDEx<br><br>[Assigned to the Hon. George H. Wu]<br><br>**JUDGMENT**<br><br>Complaint Filed:　August 2, 2024<br>Trial Date:　　　　None |

# JUDGMENT

Pursuant to the Motion for Default Judgment ("Motion") of plaintiff Ameris Bank d/b/a Balboa Capital Corporation ("Balboa"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendant Carlos Jose Polanco, an individual ("Polanco" or "Defendant") in the total amount of **$115,032.81**; which is a sum of the following:

    a. Compensatory damages in the amount owed of $36,224.48, on Equipment Financing Agreement No. 361873-001 ("EFA No. 1");

    b. Prejudgment interest in the amount of $1,786.41 at the statutory rate of ten percent (10%) per annum, from May 23, 2024 (the date of breach), to November 18, 2024 (the hearing date noticed on this Motion), on EFA No. 1;

    c. Compensatory damages in the amount owed of $67,427.33, on Equipment Financing Agreement No. 361873-003 ("EFA No. 2");

    d. Prejudgment interest in the amount of $3,417.55 at the statutory rate of ten percent (10%) per annum, from May 18, 2024 (the date of breach), to November 18, 2024 (the hearing date noticed on this Motion), on EFA No. 2;

    e. Attorneys' fees in the amount of $5,673.04 on the EFAs; and

    f. Costs in the amount of $504.00.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: November 19, 2024

_____
HON. GEORGE H. WU,
United States District Judge